IN RE:                                                          CASE NO.  18-02553-HAC-13
    Willie E. Wilkins

      DEBTOR

## TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

    Daniel B. O'Brien, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Claims have been added or amended.  It is necessary to increase the plan payments for the time remaining to meet the base plan.  Based on the Trustee's calculation, payments need to **INCREASE** from **$1,296.00** per month to **$1,420.00** per month.

    WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$1,420.00** per month.

DATED:  October 01, 2019                          /s/  Daniel B. O'Brien
                                                 _____
                                                 Daniel B. O'Brien
                                                 CHAPTER 13 TRUSTEE

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|---|
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion.  If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion.  If an objection to this motion is timely filed, this Court shall issue a notice setting a hearing date and time. |

### CERTIFICATE OF SERVICE

    I certify that on October 01, 2019, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| UNITED STATES BANKRUPTCY CLERK | Willie E. Wilkins<br>320 Stanton Rd., Apt 1033<br>Mobile, AL  36617 | Stephen L. Klimjack LLC<br>1252 Dauphin St<br>Mobile, AL  36604 |
|---|---|---|

                                                 /s/  Daniel B. O'Brien
                                                 _____
                                                 Daniel B. O'Brien
                                                 CHAPTER 13 TRUSTEE